IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

INELL BOLLS

vs.                                           Case Number: 1:02-cv-00524

SOUTH-WESTERN THOMSON LEARNING

MINUTES: HEARING ON MOTION FOR SUMMARY JUDGMENT (doc.17)

Argument of Counsel heard.

Matter taken under advisement.  Written order to follow.

Judge:              S. Arthur Spiegel

Courtroom Deputy:   Kevin Moser

Court Reporter:     Julie Wolfer, Official

Date:               September 4, 2003