IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| INELL BOLLS | : |
| Plaintiff(s) | : |
| | : Case Number: 1:02-cv-00524 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| SOUTH-WESTERN THOMSON LEARNING | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court GRANTS Defendant's Motion for Summary Judgment (doc. 18) and DISMISSES this case. The Court similarly DENIES Plaintiff's Motion to Strike the Expert Testimony of Dr. Gerald Barrett (doc. 21) as to his statistical findings, the only portion of such report considered by the Court in reaching its decision. The balance of such motion is rendered moot by this Order.

11/6/03                                                          Kenneth Murphy, Clerk

                                                                 s/Kevin Moser
                                                                 Kevin Moser
                                                                 Deputy Clerk